FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARENE BARNES,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>UPS and UPS BOEING FIELD, and UPS SEATTLE,<br>　　　　　　Defendant. | No. 2:24-CV-00081-ACE<br><br>ORDER DENYING<br>IFP APPLICATION |

By Order filed March 25, 2024, the Plaintiff was directed to pay the full filing fee or submit a properly completed Application to Proceed *In Forma Pauperis* within thirty days.

There has been no response to the court's Order.  Accordingly, **IT IS ORDERED:**

1. Plaintiff's Complaint is **DISMISSED** without prejudice.

2. Plaintiff shall provide a notice of the dismissal to any and all Defendant(s) he/she served with a copy of the Complaint and Summons.

The District Court Executive is directed to file this Order, provide copies to *pro se* Plaintiff, and **CLOSE** this file.

DATED May 20, 2024.



　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES A. GOEKE
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER - 1